UNITED STATES DISTRICT COURT
District of Maine

| | | |
|---|---|---|
| DANIEL OUELLETTE, | ) | |
| | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | No. 2:14-cv-00450-GZS |
| | ) | |
| STATE OF MAINE, et als., | ) | |
| | ) | |
|     Defendants | ) | |
| | ) | |

# ORDER AFFIRMING THE
# RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on January 6, 2015, his Recommended Decision (ECF No. 6). Since entry of the Magistrate Judge's Recommended Decision, Plaintiff has filed an Objection to the Recommended Decision (ECF No. 7) on January 22, 2015. Plaintiff has also filed four motions (ECF Nos. 8, 9, 10 & 11) which, to the extent may be considered objections, have also been reviewed.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

    1.    It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that Plaintiff's Complaint (ECF No. 1) is **DISMISSED** in its entirety.

3. Plaintiff's Motions (ECF Nos. 8, 9, 10 & 11) are **DENIED**.

/s/George Z. Singal_____
U.S. District Judge

Dated this 30th day of January, 2015.